UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN RE: ) | |
|    DERICK TERRALL BROWN, SR. and ) | |
|    JENNELLA LYNN BROWN, ) | Case No. 17-90221 |
| ) | |
|    Debtors. ) | Chapter 13 |

## WAIVER OF DISCHARGE

The Debtor, Derick Terrall Brown, Sr., waives discharge of his debts in this case since he is not entitled to receive a discharge under 11 U.S.C. § 1328(f)(1) for the reason that he received a discharge in a Chapter 7 filed within four years of the filing date of this Chapter 13 case.

Dated: 3/21/2017

Derick Terrall Brown, Sr., Debtor

*/s/ Derick Brown Sr.*
By: Derick Terrall Brown, Sr.