# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| IN RE: ) | |
|    DERICK TERRALL BROWN, SR. and ) | |
|    JENNELLA LYNN BROWN, ) | Case No. 17-90221 |
| ) | |
|    Debtors. ) | Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE AMENDED PLAN

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Kevin Hays, and for her Objection to Confirmation of the Amended Plan states as follows:

1. On March 14, 2017, the Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. The Debtors' Amended Plan filed on June 30, 2017 provides for monthly payments in the amount of $138.00 per month for 42 months, for a total of $5,796.00.

3. The Debtors' Amended Plan provides for the payment of two vehicles, based on information and belief, payments for both vehicles will complete payment during the pendancy of the Amended Plan.

4. The Amended Plan should provide for payment of the vehicles by the Trustee through the Amended Plan.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee objects to Confirmation of the Debtors' Amended Plan, until the Amended Plan provides for the payment of the vehicles by the Trustee through Amended Plan and for such other relief as may be just and equitable.

        Respectfully Submitted by
        Marsha L. Combs-Skinner,
        Chapter 13 Standing Trustee


        By: /s/ Kevin Hays
           Staff Attorney
        Marsha L. Combs-Skinner
        Chapter 13 Standing Trustee
        Central District of Illinois
        108 S. Broadway, P.O. Box 349
        Newman, IL 61942


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon, Robert P. Follmer, Attorney for the Debtor, and the United States Trustee, by electronic notification through ECF on July 30, 2017, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Derick Terrall Brown, Sr.
Jennella Lynn Brown
1801 Richardson #4
Urbana, IL 61802


        /s/ Kevin Hays
        Kevin Hays