**IT IS SO ORDERED.**

**SIGNED THIS: March 20, 2018**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     **DERICK TERRALL BROWN, SR.** and ) | |
|     **JENNELLA LYNN BROWN,** ) | Case No. 17-90221 |
| ) | |
|     **Debtors.** ) | Chapter 13 |

**STIPULATED ORDER TO MODIFY THE PLAN**

NOW COMES, the Debtors, and the Chapter 13 Standing Trustee, Marsha L. Combs-Skinner, by and through their attorneys and for their order to Modify the Plan, the Trustee and the Debtors stipulate as follows:

1. The Debtors' First Amended Plan was confirmed on August 30, 2017.

2. The Debtors are making their plan payment to the Trustee by means of a wage order.

3. The Debtors' 2017 Federal and State Tax Returns reflected a refund in the amount of $5,497.00. The Trustee has requested a turnover of $3,864.40. As of the date of this order, the Debtors have failed to turn over their refund.

4. The Debtors and Trustee have agreed on a monthly payment of $272.00 for the remaining 30 months, beginning with the April, 2018 payment, for a total Plan base of $9,660.40.

5. Nothing contained in the Order shall affect any of the terms contained in the Debtors' Plan as confirmed.

IT IS HEREBY ORDERED that the Debtors' monthly payments to the Trustee will be $272.00 for the remaining 30 months, beginning with the April, 2018 payment, for a total Plan base of $9,660.40.

| | |
|---|---|
| /s/ Kevin Hays | /s/Robert P. Follmer |
| Staff Attorney for | Attorney for Debtors |
| | |
| Marsha L. Combs-Skinner | Robert P. Follmer |
| Chapter 13 Standing Trustee | Ostling & Associates |
| Central District of Illinois | 201 W. Olive St. |
| 108 S. Broadway, P.O. Box 349 | Bloomington, IL 61701 |
| Newman, IL 61942 | (309)827-3030 |
| Telephone: 217-837-9730 ext. 201 | ostlingassociates@comcast.net |
| E-Mail: Kevin@Danville13.com | |

###