B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois

In re  Derick Brown and Jennella Brown          ,          Case No.  17-90221

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **World Acceptance Corporation** | State Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  **World Acceptance Corporation**
**ATTN: BKPC**
**PO Box 6429**
**Greenville, SC  29606**

Court Claim # (if known):     11
Amount of Claim:     $614.66
Date Claim Filed:    06/13/0207

Phone:  **864-298-9800 x675**
Last Four Digits of Acct #:      7334

Phone:
Last Four Digits of Acct. #:     1894

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shannon Parker          Date: 12/03/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**BILL OF SALE, ASSIGNMENT OF ACCOUNTS, AND POWER OF ATTORNEY**

This Bill of Sale, Assignment of Accounts, and Power of Attorney (this "**Agreement**"), dated as of July 29, 2019 (the "**Effective Date**"), is made by State Finance Co., a Louisiana Corporation ("**Seller**").

RECITALS:

WHEREAS, pursuant to that certain Asset Purchase Agreement, dated as of the Effective Date (the "**Purchase Agreement**"), by and between Seller and World Finance Corporation of Illinois, Buyer has agreed to purchase from Seller, for the consideration and upon the terms and conditions set forth in the Purchase Agreement, all of Seller's right, title, and interest in and to the Purchased Assets from its locations listed on the attached **Schedule A**.

WHEREAS, this Agreement is being executed pursuant to the Purchase Agreement; and

WHEREAS, all capitalized terms used in this Agreement but not defined in this Agreement shall have the meanings given them in the Purchase Agreement;

NOW, THEREFORE, pursuant to the Purchase Agreement and in consideration of the promises contained therein and herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller agrees as follows:

1. <u>Conveyance</u>.  In accordance with and pursuant to the terms of the Purchase Agreement, as of the Effective Date, Seller hereby sells, assigns, transfers, conveys, and delivers to Buyer all of its right, title, and interest in and to the Purchased Assets, free and clear of any and all Encumbrances.  Seller represents and warrants that its right, title, and interest in and to the Purchased Assets are clear of all Encumbrances of any nature and kind whatsoever.  Without limiting the foregoing, Seller hereby sells, assigns, transfers, conveys, and delivers to Buyer all of its right, title, and interest in and to (a) the Customer Loan Agreements and the Loan Receivables; and (b) the Books and Records.

2. <u>Special Power of Attorney</u>.  Seller hereby constitutes and appoints Buyer as its true and lawful attorney-in-fact, with full power of substitution, in Seller's name, place, and stead, by, on behalf of, and for the benefit of Buyer, to demand and receive any and all of the rights, titles, interests, assets, and properties transferred under this Agreement and to give receipts and releases for and in respect of the same, and any part thereof, from time to time, which Buyer may deem proper for the collection or reduction to possession of any of the Purchased Assets or for the collection and enforcement of any claim or right of any kind hereby sold, conveyed, transferred, assigned, and delivered, or intended so to be, and to do all acts and things in relation to the Purchased Assets that Buyer deems desirable.  Seller hereby declares that the foregoing powers are coupled with an interest and shall not be revocable by Seller in any manner or for any reason whatsoever.  Without limiting the foregoing, in connection with the assignment of the Customer Loan Agreements and the Loan Receivables, Seller does hereby name, constitute and appoint Buyer (or any of its authorized agents, employees, or representatives) as Seller's true and lawful attorney-in-fact to act in Seller's name, place, and stead solely to, if proper, (a) receive and collect any and all monies due and payable under the Customer Loan Agreements and the Loan Receivables and, in that regard, to endorse in Seller's name, and negotiate, any checks, money orders, or other instruments made payable to Seller in

payment on any of the Customer Loan Agreements or related Loan Receivables; (b) to enforce performance of all Customer Loan Agreements and any other contracts and instruments related to the Loan receivables and for the purposes described in the foregoing clause (a), to institute suit in its own name, to effect repossession of chattels, or to use any other methods or means which Buyer finds necessary to effect collection and performance; (c) to release any and all Encumbrances of record; (d) to amend, supplement, or replace any of the instruments described in the foregoing clause (b) or (c) with other like or similar instruments to extend and modify periods and time of payment; and (e) to do and perform any and all things necessary and incident in the premises, with equal rights, privileges, and powers which Seller has had or was entitled to exercise as the owner of the Loan Receivables.

3. <u>The Purchase Agreement</u>.  Nothing contained in this Agreement shall be deemed to supersede, enlarge, or modify any of the obligations, agreements, covenants, or warranties of Seller or Buyer contained in the Purchase Agreement.  In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms of this Agreement, the terms of the Purchase Agreement shall govern and control.

4. <u>Governing Law</u>.  This Agreement shall be governed by the laws of the State of South Carolina without regard to conflicts of law principles thereunder.

5. <u>Binding Effect; Assignment</u>.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns.  This Agreement may not be assigned by either party without the prior written consent of the other party, and any purported assignment without such consent shall be void; provided, however, that Buyer may assign its rights hereunder to any affiliate and may collaterally assign its rights hereunder to any lender.

6. <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts and signatures may be delivered by electronic mail in portable document format (PDF), each of which may be executed by less than all parties, each of which shall be enforceable against the parties actually executing such counterparts, and all of which together shall constitute one instrument.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller has executed this Agreement as of the date first above written.

State Finance Co.
a Louisiana Corporation

By: *[signature: Todd V. Wallace]*
Name: Todd V. Wallace
Title: President

---

Exhibit A – 4035 State Finance Co. Illinois
Bill of Sale, Assignment of Accounts, and Power of Attorney

## Schedule A

| Seller's Branch Number | Seller's Location | Address | City | ST | Zip |
|---|---|---|---|---|---|
| SLCIL | State Finance Co. | 706 E Walnut St | Carbondale | IL | 62901-3103 |
| SLDIL | State Finance Co. | 1017 Broadway St | Mount Vernon | IL | 62864-4009 |
| SLGIL | State Finance Co. | 1000 N. Carbon St, Unit M | Marion | IL | 62959-1066 |
| SLHIL | State Finance Co. | 1828 Stevenson Dr | Springfield | IL | 62703-4233 |
| SLKIL | State Finance Co. | 313 S. Whittle Ave. | Olney | IL | 62450-2211 |
| SLLIL | State Finance Co. | 1340 IL Highway 1, STE B | Carmi | IL | 62821-4943 |
| SLOIL | State Finance Co. | 527 W. Gallatin St. | Vandalia | IL | 62471-2748 |
| SLPIL | State Finance Co. | 1111 W. Morton Avenue, Ste 3 | Jacksonville | IL | 62650-4075 |
| SLRIL | State Finance Co. | 704 E. 5th St., STE 4 | Metropolis | IL | 62960-2184 |
| SLSIL | State Finance Co. | 3024 Broadway St. | Quincy | IL | 62301-3708 |
| SLTIL | State Finance Co. | 985 W Pershing Rd | Decatur | IL | 62526-1573 |
| SLUIL | State Finance Co. | 29 E. Main St. | Belleville | IL | 62220-1601 |
| SLWIL | State Finance Co. | 1808 Glenn Park Dr | Champaign | IL | 61821-2400 |
| SLXIL | State Finance Co. | 202 S State St | Jerseyville | IL | 62052-1854 |